**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Moore v. Mt. Carmel Health Sys.*, **Slip Opinion No. 2022-Ohio-4200.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-4200

MOORE, CONSERVATOR, APPELLANT, *v.* MOUNT CARMEL HEALTH SYSTEM, D.B.A. MOUNT CARMEL ST. ANN'S HOSPITAL ET AL., APPELLEES.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Moore v. Mt. Carmel Health Sys.*, Slip Opinion No. 2022-Ohio-4200.]**

*Court of appeals' judgment affirmed on the authority of* Clawson v. Hts. Chiropractic Physicians, L.L.C.

(No. 2021-0372—Submitted November 22, 2022—Decided November 29, 2022.)

APPEAL from the Court of Appeals for Franklin County, No. 2017APE-10-754, 2020-Ohio-6695.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Clawson v. Hts. Chiropractic Physicians, L.L.C.*, ___ Ohio St.3d ___, 2022-Ohio-4154, ___ N.E.3d ___.

O'CONNOR, C.J., and KENNEDY, FISCHER, and DEWINE, JJ., concur.

DONNELLY, STEWART, and BRUNNER, JJ., dissent for the reasons stated in Justice Brunner's dissenting opinion in *Clawson*.

––––––––––––––––––

Colley, Shroyer & Abraham Co., L.P.A., and David I. Shroyer, for appellant, Michael Moore, conservator of the person and estate of Justin T. Moore.

Carpenter, Lipps & Leland, L.L.P., Theodore M. Munsell, Joel E. Sechler, and Emily M. Vincent, for appellees Eric Humphreys, M.D., and Central Ohio Anesthesia, Inc.

––––––––––––––––––